AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Peter L. Duffy

v.

Department of the Navy

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10547 WGY

TO: (Name and address of Defendant)

U.S. Attorney's Office
Suite 9200 (9th floor)
United States Courthouse
Boston, MA  02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Duffy
210 Boston Rd
Sutton, MA  01590

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]

DATE 3-18-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/19/2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PETER L. DUFFY | PRO SE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail with Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/23/2004

Signature of Server

210 Boston Rd
Sutton, MA 01590

Address of Server

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | 2.21 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.26 |

UNIT ID:
Postmark Here
Clerk: KFV2
03/18/04

Sent To: U.S. Atty Office
Street, Apt. No.; or PO Box No.: Suite 9200 US Cort
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, June 2002

7003 1680 0007 5603 9616

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney's Office (9th floor)
Suite 9200
United States Courthouse
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Agent ☐ Addressee
X LaPointe

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7003 1680 0007 5603 9616

102595-02-M-1540