UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER L. DUFFY,  )   Civil Action No. 04-10547-WGY
                )
       Plaintiff )   5 U.S.C. Sec. 552 and 552a
                )   Complaint for Violation of
Vs.             )   Freedom of Information Act
                )   (FOIA) and Privacy Act (PA)
DEPARTMENT OF THE NAVY )
       Defendant )
_____)

## MEMORANDUM TO AMEND COMPLAINT

Plaintiff respectfully submits this memorandum to correct a sequencing error in his complaint when citing exhibits. After reviewing Defendant's answer Plaintiff realized he had made a sequencing error. In accordance with Federal Rule of Civil Procedure 15(a), Plaintiff submitted a written request on 9 May 2004 for permission to amend his complaint, Exhibit A. Plaintiff followed up this request on 25 May 2004 with a telephone call to Ms. Anita Johnson, Assistant U.S. Attorney. Ms. Johnson provided verbal approval to submit this amendment.

Specifically, Allegation #3, paragraphs 37 and 38, should read:

### ALLEGATION #3

36.   Paragraphs 4-28 are incorporated herein just as if fully recited.

37.   Defendant has declared, in **Exhibit M**, page 2, "Therefore, under the Privacy Act, you are not entitled to access to the responsive records." Because "responsive records are not filed within a system of records"

38.  Defendant previously declared, in **Exhibit K**, pages 1-2, "the records forwarded to NAVSEA for processing are not normally retrieved using a personal identifier". Plaintiff respectfully submits that 5 U.S.C. 552a does not distinguish between "normally" and "not normally". Furthermore, Defendants statement implies that responsive records were retrieved using a personal identifier, regardless if it were "normally" or "not normally" done, and therefore meets the system of records requirement.

Respectfully submitted,

*/s/ Peter L. Duffy*

Peter L. Duffy
Plaintiff, Pro Se

210 Boston Road
Sutton, MA  01590
(508) 865-7977