UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10547-LPC

PETER L. DUFFY

Plaintiff

v.

DEPARTMENT OF THE NAVY

Defendant

ORDER

October 13, 2004

COHEN, M.J.

After a scheduling conference, it is hereby ordered as follows:

1. All discovery shall be completed on or before November 10, 2004;

2. Motions for summary judgment shall be filed on or before December 10, 2004;

3. Oppositions to motions for summary judgment shall be filed on or before January 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE