UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER L. DUFFY, )
 )
    Plaintiff )
 )
v. ) Civil Action No. 04-10547-WGY
 )
DEPARTMENT OF THE NAVY )
    Defendant )
_____)

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

    Peter L. Duffy, Plaintiff, hereby moves for summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts. As set forth more fully in the accompanying Memorandum, the Complaint concerns 75 documents illegally withheld from Plaintiff in response to his Freedom of Information Act (FOIA) request.

Dated: 10 December 2004

Respectfully submitted,

Peter L. Duffy
Plaintiff, Pro Se

210 Boston Road
Sutton, MA 01590
(508) 865-7977

# CERTIFICATE OF SERVICE

I, Peter L. Duffy certify that copies of the following document, *PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT*, Civil Action No. 04-10547-WGY, were sent via U.S. Postal Service, on 10 December 2004 to the following addresses:

US Attorney's Office
Suite 9200 (9th Floor)
United States Courthouse
Boston, MA  02210

Attorney General of the United States
Department of Justice
Washington, DC  20530

Gordon R. England
Secretary of the Navy
1000 Navy Pentagon
Washington, DC  20350

Peter L. Duffy
Plaintiff, Pro Se

210 Boston Road
Sutton, MA  01590
(508) 865-7977

## LOCAL RULE 7.1(A)(2) CERTIFICATION OF COMPLIANCE

I, Peter L. Duffy, certify that in a good faith attempt to resolve the issues raised by this motion, I telephoned counsel for the Defendant, Ms. Anita Johnson, on the morning of 10 December 2004, to discuss the grounds for this motion, and left a voicemail message.

Peter L. Duffy
Plaintiff, Pro Se