SCANNED
DATE: 12-14-04
BY: CMS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER L. DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. NO. 04-10547-LPC |
| ) | |
| DEPARTMENT OF NAVY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, Defendant requests that this Court grant it judgment as a matter of law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
ANITA JOHNSON
Assistant U.S. Attorney
Ste. 9200, Moakley United
   States Courthouse
One Courthouse Way
Boston, Mass. 02210
(617) 748-3266

Of Counsel:

Nanette L. Oppenheimer
Office of General Counsel, NAVSEA
U.S. Department of the Navy
1333 Isaac Hull Ave. SE
Washington, D.C. 20376

### Certificate of Service

I hereby certify that I have served Plaintiff pro se, Peter L. Duffy, 210 Boston Road, Sutton, Massachusetts 01590, by first class mail, postage prepaid, on this tenth day of December 2004.

_____