UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Duffy
                Plaintiff

v.                Case Number:   04-10547-LTS

Dept of the Navy
                Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen is now reassigned to Magistrate Judge Leo T. Sorokin upon his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Sorokin should be directed to Maria Simeone at 617-748-4231.

                                              /s/ *Charles B. Swartwood III*
                                              Chief Magistrate Judge