## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER L. DUFFY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10547-~~MOHRE~~ LTS |
| | ) | |
| DEPARTMENT OF THE NAVY | ) | |
| Defendant | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT
### TO COMPLY WITH COURT ORDER

Plaintiff hereby moves for an order compelling Defendants to, 1.) Clarify the number of redacted

pages, and 2.) Produce the names withheld under Exemption 6, as ordered on July 1, 2005 by the

Honorable Leo T. Sorokin.

Dated: 25 July 2005                          Respectfully submitted,

                                             Peter L. Duffy
                                             Plaintiff, Pro Se

                                             210 Boston Road
                                             Sutton, MA  01590
                                             (508) 865-7977

## CERTIFICATE OF SERVICE

I, Peter L. Duffy certify that copies of the following document, *PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO COMPLY WITH COURT ORDER*, Civil Action No. 04-10547-WGY/LTC, were sent via U.S. Postal Service, on 25th July 05 to the following addresses:

US Attorney's Office
Suite 9200 (9th Floor)
United States Courthouse
Boston, MA  02210

Attorney General of the United States
Department of Justice
Washington, DC  20530

Gordon R. England
Secretary of the Navy
1000 Navy Pentagon
Washington, DC  20350

Peter L. Duffy
Plaintiff, Pro Se

210 Boston Road
Sutton, MA  01590
(508) 865-7977