UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER L. DUFFY,
    Plaintiff

v.                                             Civ. No. 04-cv-10547-LTS

DEPARTMENT OF THE NAVY,
    Defendant.

## JUDGMENT

August 11, 2005

The Court hereby enters final judgment in favor of the DEFENDANT on all claims in accordance with the Court's Memorandum and Order dated July 1, 2005.

No costs or fees are to enter in favor of either party.

                                                                     /s/ Leo T. Sorokin
                                                                     LEO T. SOROKIN
                                                                     United States Magistrate Judge